UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE HEALTH FUND OF BAHIA,<br><br>Plaintiff,<br><br>v.<br><br>OCEAN 26, INC., *et al*.<br><br>Defendants. | Case No. 2:20-cv-06109-FLA (PLAx)<br><br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS THIS ACTION DUE TO SETTLEMENT** |

In light of the Notice of Settlement filed in this action, the court ORDERS the parties to submit a joint status report regarding settlement within sixty (60) days of this Order. The court further ORDERS the parties to Show Cause ("OSC") on November 12, 2021 at 1:30 p.m. in Courtroom 6B why the court should not dismiss this action due to the parties' settlement. The filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41 shall constitute a sufficient response to, and will discharge, this OSC.

The final pretrial conference and trial dates are hereby VACATED.

/ / /

/ / /

1

All pending requests and motions are DENIED as moot. Should the parties fail to settle this action, all requests and motions must be re-filed.

IT IS SO ORDERED.

Dated: August 31, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge

2